# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00509-CV

**The Heep Homestead and Hatsy Heep Shaffer, Appellants**

**v.**

**Jennifer L. Brannon, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN103418, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The Trustee for the Bankruptcy Estate of David E. Shaffer and Harriet "Hatsy" Heep

Shaffer[1] has notified the court that the Estate and appellee Jennifer L. Brannon have settled the cause

---

[1] This Court suspended activity in this appeal in accordance with the automatic stay. *See* 11 U.S.C.A. § 362 (West Supp. 2004); *see also* Tex. R. App. P. 8. We reinstate the appeal for purposes of dismissal. The bankruptcy trustee is the representative of the estate, with exclusive standing to assert a claim. 11 U.S.C.A. § 323(a) (West Supp. 2004); *Carter v. Carter*, 21 S.W.3d 441, 443 (Tex. App.—San Antonio 2000, no pet.). When an action is already pending, a trustee may (1) assume prosecution of the action; (2) consent to the debtor's continued prosecution of the action for the trustee's benefit, or (3) decline to prosecute the action if it appears to be fruitless. *Id.*; Fed. R. Bankr. 6009. Here the trustee appears to have assumed prosecution of the action and settled it.

and the parties move to dismiss the appeal.  We grant the motion and dismiss the appeal.  *See* Tex.

R. App. P. 42.1.


_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith

Dismissed

Filed:   August 12, 2004